# EXHIBIT "D"

| Date | Debtor | Check No. | Transferee | Amounts Received by Transferee |
|---|---|---|---|---|
| **Two and Four Year Transfers** | | | | |
| 03/26/2018 | ESA Ltd. | 2853 | Travis Bieberitz | 15,000.00 |
| 04/26/2018 | ESA Ltd. | 2921 | Travis Bieberitz | 10,000.00 |
| 06/04/2018 | ESA Ltd. | 3004 | Travis Bieberitz | 10,000.00 |
| 07/02/2018 | ESA Ltd. | 3074 | Travis Bieberitz | 10,000.00 |
| 08/07/2018 | ESA Ltd. | 3164 | Travis Bieberitz | 7,500.00 |
| 10/19/2018 | ESA Ltd. | 3399 | Travis Bieberitz | 2,500.00 |
| 12/26/2018 | ESA Ltd. | 3576 * | Travis Bieberitz | 3,000.00 |
| 04/04/2019 | ESA Ltd. | 4004 | Travis Bieberitz | 3,000.00 |
| **Transfers Total** | | | | **61,000.00** |